# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Heather Dolan**                                  Case No. 22-20074-9

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Christen Rudd, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Heather Dolan, who as placed under pretrial release supervision on a $10,000.00 Unsecured Bond by United States Magistrate Judge <u>Kimberly G. Altman</u> sitting in the court at <u>Eastern District of Michigan,</u> on <u>March 3, 2022,</u> under the following conditions:

1. Report as directed to Pretrial Services Agency.
2. Continue or actively seek employment and provide verification to the supervising officer.
3. Travel is restricted to the State of Michigan unless previous consent is received from Pretrial Services or the Court.
4. Avoid all contact, directly or indirectly, with any victims, witnesses, and co-defendants.
5. Reside at the bond address, and any changes in residence must be pre-approved by the supervising officer.
6. Do not use alcohol at all.
7. Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner and provide documentation of any prescribed medications to the supervising officer.
8. Submit to substance use testing.
9. Participate in substance use treatment as directed by Pretrial Services.
10. Participate in the following location monitoring program: Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; and court-ordered obligations; Essential Leave may be granted to participant as deemed appropriate by the supervising officer. Location monitoring will be in conjunction with technology as directed by Pretrial Services; you must pay all or part of the costs of the program based upon your ability to pay.
11. Defendant to enter inpatient program immediately upon release and complete the required program as directed by Pretrial Services.
12. Participate in a mental health evaluation/treatment as directed by Pretrial Services.

On December 1, 2022, United States District Judge Stephen J. Murphy, III ordered the defendant's bond modified as requested by Pretrial Services to remove the home detention condition and place the defendant on a daily curfew from 8pm to 8am.

On September 20, 2023, United States District Judge Stephen J. Murphy, III ordered the defendant's bond modified as requested by Pretrial Services to remove the condition requiring her

to participate in the location monitoring program with Court-ordered curfew, and equipment as directed by Pretrial Services.

---

On February 25, 2025, the defendant appeared in court before United States District Judge Brandy R. McMillion for the purpose of entering a plea and being accepted into the Restart Program. At that time, it was noted that recommendations for amendments to the defendant's bond may be requested at her next Restart Program appearance.

Pretrial Services respectfully recommends the following amendment(s) to the defendant's bond:

Addition of the condition that the defendant must participate in Cognitive Behavioral Therapy (CBT) as directed by Pretrial Services, and modification of the defendant's travel restriction to reflect that her travel is restricted to the Eastern District of Michigan unless given previous consent of Pretrial Services or the Court.

**Respectfully presenting petition for action of court and for cause as follows:
PRAYING THAT THE COURT WILL ORDER the defendant's bond be amended to reflect the above requested modifications.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2025

Respectfully,

/s/Christen Rudd

United States Pretrial Services Officer
Place: Detroit, Michigan
Date: March 18, 2025

## THE COURT ORDERS:

[ ]  No Action

[✓]  Modification of Pretrial Conditions as Requested

[ ]  Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]  The Issuance of a Warrant [check one]

    [ ]  Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

    [ ]  Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

### ORDER OF COURT

Considered and ordered this 21st day of March, 2025 and ordered filed and made a part of the records in the above case.

_____
United States District Court Judge
Denise Page Hood