United States District Court
Eastern District of Michigan

United States of America,

                              Case No. 22-cr-20074

v.

                              Hon. Denise Page Hood
                              Hon. Brandy McMillion
Heather Dolan,                Magistrate Judge Elizabeth
                              Stafford

          Defendant.
_____/

## MOTION TO DISMISS INDICTMENT
## AND VACATE GUILTY PLEA

The United States of America and the Federal Community Defender move this Court to dismiss the indictment against Heather Dolan and to vacate her felony guilty plea because the ends of justice would be best served by these actions.

Respectfully submitted,

JEROME GORGON JR.              MICHAEL CARTER
United States Attorney             Chief Federal Defender

*s/Regina R. McCullough*          *s/Celeste C. Kinney*
Regina R. McCullough              Celeste C. Kinney
Assistant U.S. Attorney            Federal Community Defender

Dated: February 18, 2026