United States District Court
Eastern District of Michigan

United States of America,

v.

Case No. 22-CR-20074

Hon. Denise Page Hood
Hon. Brandy McMillion
Magistrate Judge Elizabeth Stafford

Heather Dolan,

Defendant.
_____/

## ORDER TO DISMISS AND TO VACATE

Leave of the Court is granted for the reasons stated in the parties' motion to dismiss the above-captioned indictment against Heather Dolan and to vacate her felony guilty plea. Accordingly, IT IS HEREBY ORDERED that the indictment against Ms. Dolan be dismissed, the felony guilty plea be vacated, and that Ms. Dolan's appearance bond, if any, be canceled.

Hon. Brandy R. McMillion
United States District Judge

Dated: 2/24/2026